151 So.2d 739

James S. PHIFER

v.

STATE.

6 Div. 902.

Court of Appeals of Alabama.

Dec. 11, 1962.

Rehearing Denied Feb. 19, 1963.

Arthur D. Shores, and Orzell Billingsley, Jr., Birmingham, for appellant.

MacDonald Gallion, Atty. Gen., Leslie Hall, Asst. Atty. Gen., and William A. Thompson, Jr., and Earl McBee, Birmingham, for appellee.

JOHNSON, Judge.

Appeal dismissed on authority of Shuttlesworth v. State, ante p. 34, 151 So.2d 734.